MICHELE BECKWITH
Acting United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00271-DC |
| Plaintiff, | ORDER TO FILE REDACTED COPY OF SUPERSEDING INDICTMENT |
| v. | |
| ALEXIS RODRIGUEZ, | |
| Defendant. | |

Having considered the government's motion to unseal portions of the superseding indictment and to file a redacted copy of the superseding indictment, for the reasons stated within the motion and for good cause shown:

IT IS HEREBY ORDERED that government's motion to unseal portions of the superseding indictment and to file a redacted copy of the superseding indictment is GRANTED.

IT IS HEREBY FURTHER ORDERED that the government's motion shall be filed and kept under seal until further order of the Court.

Dated: January 16, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE