**FILED**
Jan 17, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:23-CR-00271-DC |
| **RONALDO MUDRANO AYALA** | |
| Defendant. | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: RONALDO MUDRANO AYALA
Detained at: California State Prison, Centinela
Detainee is: a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
charging detainee with: 18 U.S.C. § 1962 – racketeering conspiracy
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ *Robert C. Abendroth*
Printed Name & Phone No: Robert C. Abendroth, (916) 554-2766
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: January 17, 2025

/s/ Carolyn K. Delaney
Honorable Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | N/A | ☒ Male ☐ Female | |
| Booking or CDC #: | E10000 | DOB: | 06/17/1950 |
| Facility Address: | 2302 Brown Road, Imperial, CA | Race: | Hispanic |
| Facility Phone: | (760) 337-7900 | FBI#: | |
| Currently Incarcerated | Yes – CSP Cintinela | | |

### RETURN OF SERVICE

Executed on: _____ _____
(signature)