MICHELE BECKWITH
Acting United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-CR-00271-DC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND ORDER |
| v. | |
| RONALDO MUDRANO AYALA, ANGEL ANTHONY ESPARZA, RONALD PAUL SEPULVEDA, SAMUEL O. MORALES, AND ALLEN DAVID FONG, | |
| Defendants. | |

**STIPULATION**

1.  By previous order, this matter was set for status on March 7, 2025.

2.  By this stipulation, the parties now move to continue the status conference until June 6, 2025, and to exclude time between March 7, 2025, and June 6, 2025, under Local Codes T2 and T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  Following his arrest based upon the superseding indictment, Defendant Alexis Rodriguez appeared in the Western District of Washington on January 16, 2025. The Court in the Western District of Washington ordered Defendant Alexis Rodriguez detained and transported to the Eastern District of California. Defendant Alexis Rodriguez is still in transit and has yet to appear in the Eastern District of California.

b) The government intends to produce discovery including cell phone extractions of multiple devices, social media search warrant returns, investigative reports, financial records, and other materials constituting voluminous data. This material will be produced pursuant to a proposed Protective Order. Moreover, the nature of the charges contained within the superseding indictment, volume of discovery, and number of defendants make the case unusual and complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

c) Counsel for defendants have yet to receive discovery and will require additional time to review the discovery materials and charges, conduct investigation, conduct research related to the charges, to assess the viability of any pretrial motions, and arrange for in-person visits to discuss potential resolutions with their clients.

d) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government also requires additional time to submit a proposed Protective Order to govern the sharing and review of discovery, to produce the voluminous discovery, and to coordinate the initial appearance of Defendant Alexis Rodriguez in the Eastern District of California.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 7, 2025 to June 6, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii) and (iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act warrant time periods excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 24, 2025                                MICHELE BECKWITH
                                                         Acting United States Attorney

                                                         */s/ ROBERT C. ABENDROTH*
                                                         ROBERT C. ABENDROTH
                                                         Assistant United States Attorney

Dated:  February 25, 2025          By:    */s/ Todd David Leras*
                                          TODD DAVID LERAS
                                          Counsel for Ronaldo Mudrano Ayala

Dated:  February 25, 2025          By:    */s/ Christopher Richard Cosca*
                                          CHRISTOPHER RICHARD COSCA
                                          Counsel for Angel Anthony Esparza

Dated:  February 25, 2025          By:    */s/ Megan Taylor Hopkins*
                                          MEGAN TAYLOR HOPKINS
                                          Counsel for Ronald Paul Sepulveda

Dated:  February 25, 2025          By:    */s/ Mark Joseph Reichel*
                                          MARK JOSEPH REICHEL
                                          Counsel for Samuel O. Morales

Dated:  February 25, 2025          By:    */s/ David Delmer Fischer*
                                          DAVID DELMER FISCHER
                                          Counsel for Allen David Fong

**ORDER**

The parties stipulated request to continue and exclude time is ADOPTED. Accordingly, the Status Conference set for March 7, 2025 is VACATED and RESET for June 6, 2025 at 9:30 AM in Courtroom 8 before the Honorable Dena M. Coggins. Time is excluded between March 7, 2025, and June 6, 2025, under Local Codes T2 and T4.

IT IS SO ORDERED.

Dated:   **March 3, 2025**

_____
Dena Coggins
United States District Judge