ERIC GRANT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAUDEL GONZALO MEZA QUINONEZ,<br>RONALDO MUDRANO AYALA,<br>ANGEL ANTHONY ESPARZA,<br>SAMUEL O. MORALES, AND<br>ALLEN DAVID FONG,<br>Defendants. | CASE NO. 2:23-CR-00271-DC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PERIODS UNDER THE SPEEDY TRIAL ACT AND ORDER |

**STIPULATION**

1. By previous order, this matter was set for status on October 16, 2026. Undersigned counsel for the United States has a scheduling conflict, and requested with defense counsel to reset the October 16, 2026 status conference for the Court's November 20, 2026 docket at 9:30 AM.

2. By this stipulation, the parties now move to continue the October 16, 2026 status and reset it for November 20, 2026, and to exclude time from calculation pursuant to the Speedy Trial Act between October 16, 2026, and November 20, 2026, under Local Codes T2 and T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government is currently collecting forensic extractions of cell phones and intends to provide supplemental discovery, in the form of digital evidence, to defense counsel in

mid-September 2026. This matter involves unique charges, specifically alleged RICO offenses and multiple defendants, and the Court has previously found the case to be unusually complex.

b) Due to the voluminous discovery already produced, the supplemental discovery that the government intends to produce, and the Protective Order governing the handling of that discovery, counsel of defendants need additional time to conduct investigation, conduct research related to the charges, to assess the viability of any pretrial motions, and arrange for in-person visits with their clients. Counsel for the defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) Based on the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of October 16, 2026 to November 20, 2026, inclusive, should be deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii) and (iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act warrant time periods excludable from the period within which a trial must commence.

[CONTINUED ON NEXT PAGE]

IT IS SO STIPULATED.

Dated: September 9, 2026

ERIC GRANT
United States Attorney

*/s/ ROBERT C. ABENDROTH*
ROBERT C. ABENDROTH
Assistant United States Attorney

Dated: September 9, 2026

By: */s/ Linda C. Harter*
LINDA C. HARTER
Counsel for Raudel Gonzalo Meza Quinonez

Dated: September 9, 2026

By: */s/ Todd David Leras*
TODD DAVID LERAS
Counsel for Ronaldo Mudrano Ayala

Dated: September 9, 2026

By: */s/ Christopher Richard Cosca*
CHRISTOPHER RICHARD COSCA
Counsel for Angel Anthony Esparza

Dated: September 9, 2026

By: */s/ Mark Joseph Reichel*
MARK JOSEPH REICHEL
Counsel for Samuel O. Morales

Dated: September 9, 2026

By: */s/ Tamara L. Soloman*
TAMARA L. SOLOMAN
Counsel for Allen David Fong

[CONTINUED ON NEXT PAGE]

**ORDER**

IT IS HEREBY ORDERED as to Raudel Gonzalo Meza Quinonez, Ronaldo Mudrano Ayala, Angel Anthony Esparza, Samuel O. Morales, and Allen David Fong, the court, having received, read and considered the parties' stipulation filed on September 9, 2026 (Doc. No. 180), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for October 16, 2026, is VACATED and RESET for November 20, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between October 16, 2026 and November 20, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii) and (iv) [Local Codes T2 and T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **September 9, 2026**

Dena Coggins
United States District Judge