ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONALDO MUDRANO AYALA,<br>SAMUEL O. MORALES,<br>Defendants. | CASE NO. 2:23-CR-00271-DC<br><br>STIPULATION AND ORDER TO SETTING BRIEFING SCHEDULE AND HEARING ON MOTION |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their undersigned counsel of record, hereby stipulate as follows:

1. On August 27, 2026, defendant Samuel O. Morales, through counsel filed a motion to be returned to custody of the State of Washington. ECF 178. In the motion, Morales challenges his pretrial detention in Federal Correctional Institution Mendota ("FCI Mendota") as a violation of his due process rights because—Morales claims—FCI Mendota is not a pre-trial detention facility, but instead, a high security federal prison. ECF 178, at 3. During a status conference on August 28, 2026, defendant Ronaldo Mudrano Ayala, through counsel, raised similar concerns as those raised within Morales' motion, and like Morales, defendant Ayala is housed at FCI Mendota. ECF 179. Also, defendant Ayala, through counsel, informed the court of his intention to file a pleading regarding his conditions of pretrial confinement at FCI Mendota. *Id.*

2. Because both defendants seek to challenge conditions of their pretrial confinement within the same institution, the parties request that the Court set this matter for a joint briefing and hearing schedule. The parties request that defendant Ayala join, supplement, or file independent claims to those brought by defendant Morales concerning the conditions of pretrial confinement at FCI Mendota on or before October 23, 2026. The government's response to defendants Morales' and defendant Ayala's claims should be filed on or before November 6, 2026. Reply briefing, if any, by defendants Ayala and Morales are due on or before November 13, 2026. The parties request that the court hear the matter at the status conference on Friday, November 20, 2026 at 9:30 AM.

3. By this stipulation, the parties now jointly move to set the following briefing and hearing schedule:

| | |
|---|---|
| October 23, 2026: | Defendant Ayala shall join or file supplemental claims concerning conditions of pretrial confinement. |
| November 6, 2026: | The government shall file a response to defendant Ayala's and defendant Morales' claims. |
| November 13, 2026: | Defendants Ayala and Morales may file a reply brief, if any, to the government's response. |
| November 20, 2026: | Hearing on claims regarding defendant Ayala's and defendant Morales' conditions of pretrial confinement to be held. |

IT IS SO STIPULATED.

Dated: September 28, 2026

ERIC GRANT
United States Attorney

/s/ *Robert Abendroth*
ROBERT ABENDROTH
Assistant United States Attorney

Dated: September 28, 2026

*/s/ Todd David Leras*
TODD DAVID LERAS
Counsel for Defendant
RONALDO MUDRANO AYALA

Dated: September 28, 2026

*/s/ Mark Reichel*
MARK REICHEL
Counsel for Defendant
SAMUEL O. MORALES

**ORDER**

IT IS HEREBY ORDERED, as to Ronaldo Mudrano Ayala and Samuel O. Morales, the court, having received, read and considered the parties' stipulation filed on September 28, 2026 (Doc. No. 182), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the parties' proposed briefing and hearing schedule is ADOPTED:

October 23, 2026: Defendant Ayala shall join or file supplemental claims concerning conditions of pretrial confinement.

November 6, 2026: The government shall file a response to defendant Ayala's and defendant Morales' claims.

November 13, 2026: Defendants Ayala and Morales may file a reply brief, if any, to the government's response.

November 20, 2026: Hearing on claims regarding defendant Ayala's and defendant Morales' conditions of pretrial confinement to be held at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **September 29, 2026**

Dena Coggins
United States District Judge